UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LINDSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CV-03183-WMA |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

**PARTIES' JOINT MOTION TO EXTEND
DISCOVERY DEADLINE**

**COME NOW** the Parties, by and through their respective attorneys, and move this Honorable Court for an Order extending the discovery deadline, as it pertains to the completion of depositions of Pat Deprospo and Latisha Williams, and dispositive motions deadline for an additional forty-five days (45) to June 22, 2012. In support of their Motion, the Parties state as follows:

1. The Scheduling Order in this matter stated that all discovery must be commenced in time to be completed by May 8, 2012, and this case should be ready for trial no earlier than August 10, 2012 and that all potential dispositive motions must be filed by June 7, 2012.

2. However, despite concerted efforts by both Plaintiff and Defendants, certain mutual discovery has not been completed, and the depositions of Pat Deprospo and Latisha Williams cannot be scheduled prior to the May 8, 2012, the current discovery deadline. Said depositions are scheduled for June 13, 2012, in Minnesota.

3. Said depositions are necessary in order for Plaintiff to prepare his case for trial. The parties propose to extend the discovery deadline in this case only to the completion of the two depositions currently scheduled for June 13, 2012.

4. No Party will be prejudiced by the granting of this Motion as this matter shall still be ready for trial no earlier than August 10, 2012.

**WHEREFORE, PREMISES CONSIDERED**, the Parties pray that this Honorable Court will grant their Motion to Extend the Discovery and Dispositive Motions Deadline and issue an Order extending the discovery deadline to the completion of the depositions of Latisha Williams and Pat DeProspo and to extend the dispositive motion deadlines to June 22, 2012, and for such other and further relief as this Honorable Court deems necessary, just and proper.

Submitted this the ____ day of _____, 2012.

               /s/ W. Whitney Seals
              W. WHITNEY SEALS,
              Attorney for Plaintiff

**OF COUNSEL:**

**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@plc-law.com

               /s/ Laura C. Nettles
              LAURA C. NETTLES,
              Attorney for Defendant

**OF COUNSEL:**

**LLOYD, GRAY, WHITEHEAD**
  **& MONROE, PC**
2501 20th Place South, Ste. 300
Birmingham, AL 35223
205-967-8822
lnettles@lgwmlaw.com

               /s/  Allison L. Cannizaro
              ALLISON L. CANNIZARO
              Attorney for Defendant

**OF COUNSEL:**

**SESSIONS, FISHMAN, NATHAN**
  **& ISRAEL, L.L.C.**
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
504-846-7926

acannizaro@sessions-law.biz