```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

MICHAEL LINDSEY,              }
                              }
     Plaintiff,               }
                              }     CIVIL ACTION NO.
v.                            }     2:11-CV-03182-WMA
                              }
NCO FINANCIAL SYSTEMS, INC.,  }
                              }
     Defendant.               }
```

## ORDER

In accordance with the accompanying memorandum opinion, there is no genuine issue of material fact as to three of the claims of plaintiff, Michael Lindsey ("Lindsey"), and defendant, NCO Financial Systems, Inc. ("NCO") is entitled to judgment as a matter of law, as to Lindsey's claims for negligence (Count 4), negligent training and supervision (Count 2), and reckless and wanton training and supervision (Count 3). Accordingly, NCO's motion for summary judgment is hereby **GRANTED** as to Lindsey's claims for negligence, negligent training and supervision, and reckless and wanton training and supervision, and the action is **DISMISSED WITH PREJUDICE** insofar as it contains said claims. Because genuine issues of material fact exist regarding Lindsey's wantonness claim (Count 5), NCO's motion for summary judgment as to said claim is **DENIED**. NCO did not seek summary judgment as to Lindsey's Fair Debt Collection Practices Act claim (Count 1).

Expressly determining that there is no just reason for delay

in the entry of judgment in favor of defendant NCO and against plaintiff Lindsey as to Lindsey's three claims herein above dismissed, the clerk is directed to enter final judgment as to the said three dismissed claims.

Pretrial conference is **SET** for October 3, 2012, at 10:00 A.M. in accordance with the accompanying pretrial instructions, unless the parties request mediation and so notify the court by October 1, 2012. The court strongly recommends mediation.

DONE this 12th day of September, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE