UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LINDSEY,<br><br>　　　　　Plaintiff(s),<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant(s). | 11-CV-03183 |

## JOINT MOTION TO REQUEST MEDIATION

NOW COME, Plaintiff, Michael Lindsey, and Defendant, NCO Financial Systems, Inc., by and through undersigned counsel, which move this Honorable Court for an order to mediate the case before a magistrate judge. In support of this Motion, the Parties state as follows:

1.　The Court has scheduled a pre-trial conference on November 27, 2012.

2.　In an effort to conserve time and resources, the Parties would like to mediate the case before a magistrate to see whether this matter can be resolved prior to the pre-trial conference.

WHEREFORE, the Parties respectfully request that this Honorable Court grant this Joint Motion to Request Mediation before a magistrate judge prior to the November 27, 2012 pre-trial conference.

Submitted this 19th day of September 2012.

/s/ W. Whitney Seals
W. Whitney Seals, Esq.
PATE & COCHRUN
P.O. Box 10448
Birmingham, AL  35202-0448
Telephone:  (205) 323-3900
Facsimile:  (205) 323-3906

*Attorneys for Plaintiff,
Michael Lindsey*

/s/ Allison L. Cannizaro
Allison L. Cannizaro
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

James K. Schultz
Sessions Fishman Nathan & Israel, LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile:  (312) 578-0991
Email: jschultz@sessoins-law.biz

Laura C. Nettles, Esq.
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

*Attorneys for Defendant,
NCO Financial Systems, Inc.*