UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LINDSEY,<br><br>              Plaintiff(s),<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>              Defendant(s). | 11-cv-03183\ |

### JOINT MOTION TO RESCHEDULE MEDIATION DATE

NOW COME, Plaintiff, Michael Lindsey, and Defendant, NCO Financial Systems, Inc., by and through undersigned counsel and pursuant to the Court's instructions, request that the mediation currently set for November 2, 2012 be rescheduled to November 9, 2012.  Both parties have a conflict with the currently scheduled date and agree that they will be able to mediate the case on November 9, 2012.

WHEREFORE, the Parties respectfully request that this Honorable Court grant this Joint Motion to Reschedule Mediation Date and reschedule the mediation to November 9, 2012.

Submitted this 2nd day of October 2012.

| | |
|---|---|
| /s/ W. Whitney Seals<br>W. Whitney Seals, Esq.<br>PATE & COCHRUN<br>P.O. Box 10448<br>Birmingham, AL  35202-0448<br>Telephone:  (205) 323-3900<br>Facsimile:  (205) 323-3906 | /s/ Allison L. Cannizaro<br>Allison L. Cannizaro<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC<br>3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002<br>Telephone: (504) 828-3700<br>Facsimile:  (504) 828-3737 |

*Attorneys for Plaintiff, Michael Lindsey*

James K. Schultz
Sessions Fishman Nathan & Israel, LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile:  (312) 578-0991
Email: jschultz@sessoins-law.biz

Laura C. Nettles, Esq.
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

*Attorneys for Defendant,*
*NCO Financial Systems, Inc.*

Document in ProLaw