# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LINDSEY, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ]          2:11-cv-03183-WMA |
| | ] |
| NCO FINANCIAL SYSTEMS, INC., | ] |
| | ] |
| Defendant. | ] |

## ORDER

Mediation resulted in the settlement of all claims in this action. The terms of the settlement were stated on the record in open court, with all parties in agreement and acknowledging that the stated agreement was binding upon the parties. That recording is ORDERED SEALED. The defendant is ORDERED to submit an appropriate order of dismissal to the court within thirty (30) days. All court settings are hereby cancelled.

DONE this 9th day of November, 2012.

Robert R. Armstrong, Jr.
United States Magistrate Judge