```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

MICHAEL LINDSEY,                  }
                                  }
     Plaintiff,                   }
                                  }     CIVIL ACTION NO.
v.                                }     11-AR-3183-S
                                  }
NCO FINANCIAL SYSTEMS, INC.,      }
                                  }
     Defendant.                   }
```

### ORDER

The court having been advised that the above-entitled action has been successfully mediated, said action is hereby DISMISSED WITH PREJUDICE, except that **within fourteen (14) days** the case can be reinstated for the limited purpose of submitting a stipulated substitute form of final judgment.

The parties are to bear their own respective costs.

DONE this 30th day of November, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE