FILED
2012 Dec-10 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL LINDSEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2:11-CV-03183-WMA** |
| | ) | |
| **NCO FINANCIAL SYSTEMS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## PLAINTIFF'S STIPULATION OF DISMISSAL

---

**COMES NOW** the Plaintiff in the above-styled cause, by and through his attorney of record, and hereby requests that this case be dismissed with prejudice against the Defendant, with costs taxed as paid.

*/s/ W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**
**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10TH DAY OF December, 2012, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

LAURA C. NETTLES, ESQ.
**OF COUNSEL:**
**LLOYD, GRAY, WHITEHEAD**
**& MONROE, PC**
2501 20th Place South, Ste. 300
Birmingham, AL 35223
205-967-8822
lnettles@lgwmlaw.com

ALLISON L. CANNIZARO, ESQ.
**OF COUNSEL:**
**SESSIONS, FISHMAN, NATHAN**
**& ISRAEL, L.L.C.**
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
504-846-7926
acannizaro@sessions-law.biz

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

None.

/s/ *W. WHITNEY SEALS*
OF COUNSEL